IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re: | : |
| | : |
| BILAL F. SYED | : Case No.: 16-26770 LSS |
| | : |
| Debtor | : Chapter 13 |
| _____ | : |
| | : |
| DLJ MORTGAGE CAPITAL, INC. | : |
| c/o SELECT PORTFOLIO SERVICING, INC.: | |
| | : |
| Movant | : |
| v. | : |
| | : |
| BILAL F. SYED | : |
| | : |
| and | : |
| | : |
| TIMOTHY BRANIGAN | : |
| Respondents | : |
| | : |

**RESPONSE OPPOSITION TO MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

COMES NOW the Debtor, Bilal Syed by and through his counsel, Charles M. Maynard, Esquire, opposes the Motion for Relief from Automatic Stay and in support of which states the following:

1. That the Debtor agrees with the statement made in paragraph #1.

2. That the Debtor agrees with the statement made in paragraph #2.

3. That the Debtor agrees with the statement made in paragraph #3.

4. That the Debtor agrees with the statement made in paragraph #4 and does not have sufficient information to agree or disagree with the statement made in paragraph #5.

5. That Debtor agrees with the statement made in paragraph #6 and does not have sufficient information to agree or disagree with the statement made in paragraph #7.

6. That the Debtor does not have sufficient information to agree or disagree with the statements propounded in paragraphs #8, #9 and #10.

7. That the Debtor agrees with the statement made in paragraph 11, however, the Debtor would like the post-petition arrears be treated in the plan and will begin making post petition payments from August/September 2017 by way of a consent agreement by the Movant.

8. The Debtor agrees in part and disagrees in part with the statement made in paragraph #12 in that as of this response the value of the property is undetermined and probably different form the scheduled value.

9. The Debtor disagrees with the statements made in paragraphs #13 and #14.

**WHEREFORE**, Debtor/Respondent prays:

    A. That Movant's Motion for Relief from Automatic Stay be denied, and;

    B. For such other and further relief as the nature of this cause requires.

Respectfully Submitted,

/s/ Charles M. Maynard
Charles M. Maynard
**LAW OFFICE OF CHARLES M. MAYNARD, LLC**
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Attorney for Debtor*

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing Response Opposition was sent on the 29th day of February, 2017 by mail to the following to the extent that they were not served electronically via the CM/ECF system.

Namrata Loomba, Esq.　　　　　　　　　　　　Timothy P. Branigan, Trustee
Orlans, PC　　　　　　　　　　　　　　　　　14502 Greenview Drive, #506
PO Box 2548　　　　　　　　　　　　　　　　Laurel, MD 20708
Leesburg, VA 20177　　　　　　　　　　　　　*Chapter 13 Trustee*
*Counsel for Movant*

Bilal F. Syed
20220 Gentle Way
Gaithersburg, MD 20886-1258

　　　　　　　　　　　　　　/s/ Charles M. Maynard
　　　　　　　　　　　　　　Charles M. Maynard